# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JANET SMITH**                                                                                          **PLAINTIFF**

**V.**                                      **CASE NO. 3:19-CV-81-BD**

**ANDREW SAUL, Commissioner**
**Social Security Administration**                                                         **DEFENDANT**

## ORDER

Plaintiff Janet Smith has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Doc. No. 17) She seeks fees and expenses in the amount of $2,079.07. The Commissioner does not object to the requested fees or the amount of expenses. (Doc. No. 19)

Because there is no objection to granting attorney's fees and expenses, Ms. Smith's motion is GRANTED. The Commissioner is directed to pay the total sum of $2,079.07 in fees and expenses, subject to offset if she has outstanding government debt.

IT IS SO ORDERED this 27th day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE